IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-3029-02-CR-S-GAF |
| | ) | |
| CHARLES MICHAEL HALL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant Charles Michael Hall's Motion to Suppress Statements to Investigators Due to Lack of Advice Concerning Rights and Lack of Waiver of Rights (Doc. #211).

On July 11, 2013, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing on the motion to suppress statements. On March 4, 2014, Judge John T. Maughmer issued his Report and Recommendation (Doc. #537). On April 1, 2014, Defendant Hall's Objections to the Report and Recommendation (Doc. #627) were filed.

Upon careful and independent review of the pending motion and suggestions in support thereof, Defendant Hall's objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant Charles Michael Hall's Motion to Suppress Statements to Investigators Due to Lack of Advice Concerning Rights and Lack of Wavier of Rights (Doc. #211) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: April 1, 2014